

Seyfarth Shaw LLP<br>
620 Eighth Avenue<br>
New York, New York  10018<br>
T (212) 218-5500<br>
F (212) 218-5526<br>
<br>
jegan@seyfarth.com<br>
T (212) 218-5291<br>
<br>
www.seyfarth.com

September 22, 2023

**VIA ECF**

Hon. Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

> GRANTED. SO ORDERED.
>
> *Jennifer E. Willis*
> _____
> Jennifer E. Willis
> United States Magistrate Judge
>
> September 25, 2023

**Re:   DiMeglio v. Zoo Med Laboratories, Inc.,
        Civil Action No.: 1:23-cv-07703-PAE-JEW**

Dear Magistrate Judge Willis:

    This office represents Defendant Zoo Med Laboratories, Inc. ("Zoo Med") in the above-referenced action.  We write, with Plaintiff's consent, to respectfully request an extension of the deadline for Zoo Med to respond to the Complaint, up to and including October 26, 2023.

    By way of background, Plaintiff filed the Complaint on or about August 30, 2023. (ECF No. 1.)  On September 5, 2023, Zoo Med was served with the Summons and Complaint, and its responsive pleading is accordingly due on September 26, 2023.  (ECF No. 6.)

    To provide sufficient time for Zoo Med to investigate the allegations in the Complaint, and for the parties to engage in discussions regarding a potential non-litigated resolution of this matter and exchange information in connection with those discussions, Zoo Med respectfully requests that the Court extend the deadline for Zoo Med to respond to the Complaint to Thursday, October 26, 2023

    This is the first request for an extension of the responsive pleading deadline in the action.  This application is being made in good faith and not to cause undue delay.  If granted, this request will not impact any other scheduled dates, as the Court has not yet scheduled the Rule 16 conference.  This office has conferred with counsel for Plaintiff, and Plaintiff consents to this request.

    The parties thank the Court for its time and attention to this matter.



Hon. Mag. Judge Jennifer E. Willis
September 22, 2023
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc:   All counsel of record (via ECF)